IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2686-WDM-OES

WAYNE TOMLINSON, et al.,

Plaintiff(s),

vs.

EL PASO CORPORATION, and EL PASO PENSION PLAN,

Defendant(s).

---

ORDER GRANTING DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER AND A STAY

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  June 21, 2005

    Defendants have filed a motion for a protective order and for a stay of all discovery pending a resolution by District Judge Zita L. Weinshienk of the issues raised by defendants in their motion to dismiss.  Plaintiffs vigorously oppose the requests.  They argue that a protective order and a stay should not be entered because defendants' motion to dismiss does not address all claims, and discovery will be required at least as to those claims for which dismissal is not sought by defendants.

    I agree with the arguments presented by defendants.  This is an attempted class action in which the discovery, when it begins, will be burdensome and expensive.  The motion filed by defendants may not dispose of all claims, but if the motion is granted in their favor it will result in the narrowing of the issues, and a reduction in the discovery that will be relevant to plaintiffs' claims.  I conclude that the interests of judicial

efficiency and economy are better served by postponing discovery until after resolution of the motion to dismiss.

## CONCLUSION

It is therefore ORDERED that Defendants' Motion for a Protective Order Staying Discovery Until Disposition of Defendants' Pretrial Motions [filed May 26, 2005] is GRANTED.  All discovery is hereby stayed pending a ruling by Judge Weinshienk on defendants' motion to dismiss.

Dated at Denver this day of June 21, 2005

BY THE COURT:

S/O. Edward Schlatter
_____

O. Edward Schlatter
U.S. Magistrate Judge