IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  04-cv-02686-WDM-OES

WAYNE TOMLINSON,
ALICE BATTESTEROS, and
GARY MUCKELROY, individually and on behalf of all others similarly situated,

       Plaintiffs,

v.

EL PASO CORPORATION, and
EL PASO PENSION PLAN,

       Defendants.

## MINUTE ORDER

       The following Minute Order is entered by Judge Walker D. Miller:

       Defendants' Motion to Strike, filed June 23, 2005 (docket number 33) is denied without prejudice. The Court will determine whether to consider these "extra judicial statements" when it rules on Defendants' Motion for Partial Summary Judgment.

Dated: March 30, 2006

                                        _____
                                        /s/ Kathy Preuitt-Parks, Deputy Clerk