IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02686-WDM-MEH

WAYNE TOMLINSON,
ALICE BALLESTEROS, and
GARY MUCKELROY,
individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

EL PASO CORPORATION and
EL PASO PENSION PLAN,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2006.**

      The Defendants' Unopposed Application to Respond to Plaintiffs' Notice of New Authority [Filed April 19, 2006; Docket #52] is **granted.** Defendants are directed to electronically file the tendered Defendants' Response to Plaintiffs' Notice of Supplementary Authority which was attached to the Unopposed Application as Exhibit "A."