IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  04-cv-02686-WDM-OES

WAYNE TOMLINSON,
ALICE BATTESTEROS, and
GARY MUCKELROY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EL PASO CORPORATION, and
EL PASO PENSION PLAN,

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

Defendants' motion to file reply is granted; the reply is accepted for filing.

Dated: September 12, 2006                                                                   s/
                                                      s/Jane Trexler, Judicial Assistant