IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  04-cv-02686-WDM-OES

WAYNE TOMLINSON,
ALICE BATTESTEROS, and
GARY MUCKELROY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EL PASO CORPORATION, and
EL PASO PENSION PLAN,

    Defendants.

---

## MINUTE ORDER

---

The following Minute Order is entered by Judge Walker D. Miller:

Plaintiff's motion to file response is granted.

Dated: October 23, 2006                                                                 s/
                                                        s/Jane Trexler, Judicial Assistant