IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  04-cv-02686-WDM-OES

WAYNE TOMLINSON,
ALICE BATTESTEROS, and
GARY MUCKELROY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EL PASO CORPORATION, and
EL PASO PENSION PLAN,

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

Defendant's motion to file reply is granted.

Dated: November 1, 2006                                  s/
                                                     s/Jane Trexler, Judicial Assistant