IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02686-WDM-MEH

WAYNE TOMLINSON,
ALICE BALLESTEROS, and
GARY MUCKELROY,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EL PASO CORPORATION and
EL PASO PENSION PLAN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 26, 2006.**

    For good cause shown, the Joint Motion for Protective Order Regarding Confidentiality of Certain Documents [Filed December 21, 2006; Docket #94] is **granted.** The Protective Order Regarding Confidentiality of Certain Documents shall enter separately.