IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02686-WDM-MEH

WAYNE TOMLINSON,
ALICE BALLESTEROS, and
GARY MUCKELROY,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EL PASO CORPORATION and
EL PASO PENSION PLAN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 22, 2007.**

For good cause shown, the Joint Motion to Amend Scheduling Order [Filed January 19, 2007; Docket #98] is **granted.** . The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Deadline for Motions for Class Certification: | February 19, 2007 |
| ! | Deadline for Joinder of Parties and/or Amendment of Pleadings: | February 19, 2007 |
| ! | Deadline for Plaintiff's Expert Reports and Rule 26(a)(2) Information: | April 30, 2007 |
| ! | Deadline for Defendants' Expert Reports and Rule 26(a)(2) Information: | June 30, 2007 |
| ! | Deadline for Rebuttal Expert Reports and Rule 26(a)(2) Information: | August 31, 2007 |
| ! | Deadline for Expert Depositions: | September 30, 2007 |
| ! | Discovery Cut-off: | September 30, 2007 |
| ! | Dispositive Motion Deadline: | October 31, 2007 |

The Settlement Conference scheduled in this case for September 10, 2007, at 10:00 a.m. is hereby **RESCHEDULED** to October 11, 2007, at 1:30 p.m. Confidential settlement statements to the Magistrate Judge are due by no later than October 3, 2007. The document shall be e:mailed to the Magistrate Judge (not submitted for filing to the court) at Hegarty_Chambers@cod.uscourts.gov,

and shall be submitted in a usable format (i.e., Word or WordPerfect). Confidential settlement statements with attachments totaling over 15 pages shall be mailed or hand-delivered to Chambers.

The Final Pretrial Conference scheduled in this case for November 27, 2007, at 9:00 a.m., is hereby **RESCHEDULED** to December 19, 2007, at 9:30 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the Court pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. by no later than December 12, 2007. The parties shall prepare the proposed Final Pretrial Order in accordance with the form which can be found in the forms section of the court's website at www.co.uscourts.gov.

Due to a proposed, but as yet unscheduled, relocation of the Chambers for Magistrate Judge Hegarty, the parties are directed to contact Chambers at 303-844-4507 prior to these conferences to find out the exact physical location of where this conference will be held. The conference will be held either in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, or in new chambers space which will be in the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Please remember that anyone seeking entry into a United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.