IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02686-WDM-MEH

WAYNE TOMLINSON,
ALICE BALLESTEROS, and
GARY MUCKELROY,
individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

EL PASO CORPORATION and
EL PASO PENSION PLAN,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 20, 2007.**

For good cause shown, the Joint Motion to Amend Scheduling Order [Filed February 16, 2007; Docket #103] is **granted.** . The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Deadline for Motions for Class Certification: | March 19, 2007 |
| ! | Deadline for Joinder of Parties and/or Amendment of Pleadings: | March 19, 2007 |
| ! | Deadline for Plaintiff's Expert Reports and Rule 26(a)(2) Information: | May 30, 2007 |
| ! | Deadline for Defendants' Expert Reports and Rule 26(a)(2) Information: | July 30, 2007 |
| ! | Deadline for Rebuttal Expert Reports and Rule 26(a)(2) Information: | October 1, 2007 |
| ! | Deadline for Expert Depositions: | October 31, 2007 |
| ! | Discovery Cut-off: | October 31, 2007 |
| ! | Dispositive Motion Deadline: | November 30, 2007 |

The Settlement Conference scheduled in this case for October 11, 2007, at 1:30 p.m. is hereby **RESCHEDULED** to November 15, 2007, at 1:30 p.m. Confidential settlement statements to the Magistrate Judge are due by no later than November 8, 2007. The document shall be e:mailed to the Magistrate Judge (not submitted for filing to the court) at Hegarty_Chambers@cod.uscourts.gov, and

shall be submitted in a usable format (i.e., Word or WordPerfect). Confidential settlement statements with attachments totaling over 15 pages shall be mailed or hand-delivered to Chambers.

The Final Pretrial Conference scheduled in this case for December 19, 2007, at 9:30 a.m., is hereby **RESCHEDULED** to January 17, 2008, at 9:30 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the Court pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. by no later than January 10, 2008. The parties shall prepare the proposed Final Pretrial Order in accordance with the form which can be found in the forms section of the court's website at www.co.uscourts.gov.

Due to a proposed, but as yet unscheduled, relocation of the Chambers for Magistrate Judge Hegarty, the parties are directed to contact Chambers at 303-844-4507 prior to these conferences to find out the exact physical location of where this conference will be held. The conference will be held either in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, or in new chambers space which will be in the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Please remember that anyone seeking entry into a United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.