IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02686-WDM-CBS

WAYNE TOMLINSON,
ALICE BALLESTEROS, and
GARY MUCKELROY,
individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

EL PASO CORPORATION, and
EL PASO PENSION PLAN,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS ORDERED that Defendants' "Unopposed Application to Excuse Insurance Representatives From the Settlement Conference and Allow Them to Attend Conference By Telephone" (*doc. no. 173*) is **GRANTED**. Defendants' insurance representatives are instructed to provide their counsel with the proper contact information so they can be reached, as needed, during the settlement conference.

**DATED:**      November 9, 2007