## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 04-cv-02686-WDM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 30, 2007 | **Courtroom Deputy:** Valeri P. Barnes |

| | |
|---|---|
| WAYNE TOMLINSON, | Barry Roseman |
| ALICE BALLESTEROS, | Stephen Bruce |
| GARY MUCKELROY, individually and | |
| on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| EL PASO CORPORATION and | Christopher Rillo |
| EL PASO PENSION PLAN, | Raymond Martin |
| | Daren Nadel |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**

**10:05 a.m.**   **Court in session.**

Also present telephonically: Steve Meisgeier, in-house counsel for El Paso Corporation.

Counsel discuss the status of the case with the Court.

**ORDERED:**   Plaintiffs' Notice of Withdrawal of Motion For Order to Show Cause and for Sanctions **(179)** is **granted.**

**ORDERED:**   Plaintiffs' Motion for Order to Show Cause and Sanctions for Defendants' Non-compliance with Magistrate Judge Hegarty's August 31, 2007 Order **(170)** is **withdrawn.**

Counsel shall inform the Court of the status of the case in two weeks.

**10:32 a.m.**   **Court in recess/hearing concluded.**   Total in-court time:   00:27