IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02686-WDM-CBS

WAYNE TOMLINSON,
ALICE BALLESTEROS, and
GARY MUCKELROY,
individually and on behalf of all others similarly situated,

       Plaintiffs,

v.

EL PASO CORPORATION, and
EL PASO PENSION PLAN,

       Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       IT IS HEREBY ORDERED that the Motion for Leave to Withdraw as Counsel for Mercer Human Resources Consulting, Inc. (*doc. no. 201)* is **GRANTED**. Attorney Thomas J. Burke, Jr. is relieved of any further representation of *Interested Party Mercer Human Resources Consulting, Inc.* in the above captioned matter. The Clerk of Court is instructed to remove Mr. Burke from the electronic certificate of mailing.

**DATED:**     February 7, 2008