IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02686-WDM-CBS

WAYNE TOMLINSON,
ALICE BALLESTEROS, and
GARY MUCKELROY,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EL PASO CORPORATION, and
EL PASO PENSION PLAN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER COMES before the court upon review of the parties Joint Proposal on Bifurcating Discovery (*doc. no. 227*).

    IT IS ORDERED that the court will adopt the proposed deadlines to oversee discovery during the pendency of and following the rulings on the pending dispositive motions.

    IT IS FURTHER ORDERED that Defendants' Motion to Compel Responses to Deposition Questions and for Sanctions (*doc. no. 208*) and Plaintiffs' Renewed Motion to Compel and for Sanctions for Non-Compliance with August 31, 2007 Order (*doc. no. 214*) are WITHDRAWN, without prejudice.

**DATED:**    April 28, 2008