# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 04-cv-02686-WDM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** July 10, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| WAYNE TOMLINSON, | Barry D. Roseman, via telephone |
| ALICE BALLESTEROS, | Stephen R. Bruce, via telephone |
| GARY MUCKELROY, individually and on behalf of all other similarly situated, | |
| **Plaintiffs,** | |
| v. | |
| EL PASO CORPORATION, *et al.*, | Christopher J. Rillo, via telephone |
| | Darren E. Nadel, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:     4:34 p.m.**
Court calls case. Appearances of counsel. Steve Meisgeier, in-house counsel for El Paso, is also present on the telephone.

The parties indicate that they are speaking of the same documents to be reviewed *in camera* by the court.

**ORDERED:** Defendants' Motion for *In Camera* Review of Documents Inadvertently Produced to Plaintiffs on February 14, 2008 (*doc. 247*) and Plaintiffs' Motion for *In Camera* Review of "Inadvertently" Produced Spreadsheets Identified in May 2, 2008 Privilege Log (*doc. 250*) are granted for the reasons stated on the record. Defendants' counsel shall file a responsive brief to (*doc. 251*) and provide the referenced documents for *in camera* review by July 15, 2007. The documents shall be provided in both hard copy and disc formats, as discussed on the record. No reply shall be allowed absent a showing of good cause by plaintiffs' counsel.

HEARING CONCLUDED.

**Court in recess:     4:52 p.m.**                              Total time in court:   00:18