**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 04-cv-02686-WDM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: October 15, 2008 | Courtroom Deputy: Ben Van Dyke |

WAYNE TOMLINSON,                                       Barry D. Roseman
ALICE BALLESTEROS,                                     Stephen R. Bruce
GARY MUCKELROY, individually and on behalf
of all other similarly situated,

      **Plaintiffs,**

      v.

EL PASO CORPORATION, *et al.*,                         Darren E. Nadel

      **Defendants.**

MERCER HUMAN RESOURCE CONSULTING, INC.   Christopher H. Toll

      **Interested Party.**

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in Session:   1:30 p.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Plaintiffs' Motion to Enforce Subpoena Duces Tecum to
Mercer [filed July 14, 2008; doc. 263].

**ORDERED:   Plaintiffs' Motion to Enforce Subpoena Duces Tecum to Mercer [filed July
14, 2008; doc. 263] is denied for the reasons stated on the record.  Counsel
shall follow the guidelines set forth below regarding discovery as it goes
forward.**

      **1.    Mercer shall produce the v.o.d. data discussed on the record.
Plaintiffs' counsel indicates that his clients want the documentation
now and will bear the initial cost of paying for the production, subject
to the right to later dispute the cost allocation.**

2.	Counsel for Mercer shall further review the emails to and from Craig Greenwald, F.S.A. regarding the El Paso Pension Plan to determine and identify anything that may be relevant or responsive.  Mercer's counsel shall provide plaintiffs' counsel with the information regarding this inquiry within two weeks.

3.	Counsel for Mercer shall ascertain whether electronically stored information regarding the Seattle communication work group exists, and if it exists how and where it is stored.  Mercer's counsel shall provide plaintiffs' counsel with the information regarding this inquiry within two weeks.

4.	As to plaintiffs' requests for additional emails or Word documents, plaintiffs' counsel shall provide discrete categories of requests made with reasonable particularity to Mercer's counsel, and the parties shall further confer regarding these requests.

**ORDERED:**	The Final Pretrial Conference set for October 30, 2008 is vacated.  The conference will be reset following resolution of all remaining discovery issues.

**ORDERED:**	Defendants' counsel shall provide plaintiffs' counsel with a supplemental privilege log by October 22, 2008.  Plaintiffs' counsel shall review the supplementation and respond to defendants' counsel by November 5, 2008 whether an issue still exists.  If an issue still exists, plaintiffs' counsel shall file a supplemental brief by November 12, 2008, and defendants' response is due by November 21, 2008.  No reply shall be allowed.

HEARING CONCLUDED.

**Court in recess:**	**4:11 p.m.**
Total time in court:	02:41