IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior udge Walker D. Miller

Civil Action No. 04-cv-02686-WDM-CBS

WAYNE TOMLINSON,
ALICE BATTESTEROS, and
GARY MUCKELROY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EL PASO CORPORATION, and
EL PASO PENSION PLAN,

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

Plaintiffs' motion to stay proceedings on defendants' bill of costs is granted pending determination of the motion to alter or amend.

Dated: February 18, 2009

                                          s/Jane Trexler, Judicial Assistant