IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02686-WDM-CBS

WAYNE TOMLINSON,
ALICE BALLESTEROS,
GARY MUCKELROY,
individually and on behalf of all others similarly situation,

    Plaintiffs,
v.

EL PASO CORPORATION and
EL PASO PENSION PLAN,

    Defendants.

_____

ORDER VACATING ORDER OF REFERENCE
_____

Upon reassignment of issues concerning the non-party Mercer (US) Inc. and this Court's case management procedures, it is

ORDERED that the memorandum [335] referring Mercer's Amended Rule 45 Request for Reimbursement of Attorney's Fees to Magistrate Judge Craig B. Shaffer is vacated.

DATED:   May 20th, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge