**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             June 12, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 04-cv-02686-WDM-CBS

| | |
|---|---|
| WAYNE TOMLINSON, | Stephen R. Bruce |
| ALICE BALLESTEROS, | Barry D. Roseman |
| GARY MUCKELROY, | |
| individually and on behalf of all others similarly situated, | |

    Plaintiffs,

v.

| | |
|---|---|
| EL PASO CORPORATION and | Daren E. Nadel |
| EL PASO PENSION PLAN, | |

    Defendants,

and

| | |
|---|---|
| MERCER HUMAN RESOURCE CONSULTING, INC., | Christopher H. Toll |

    Interested Party.
_____

**COURTROOM MINUTES**
_____

**Hearing on Amended Rule 45 Request**

**10:57 a.m.    Court in session.**

Court's preliminary remarks and states its understanding of the case.

Mr. Bruce states there are still issues pending concerning the motion for reconsideration.

11:03 a.m.    Argument by Mr. Toll.
11:04 a.m.    Mr. Nadel answers questions asked by the Court.
11:07 a.m.    Continued argument by Mr. Toll.

**ORDERED:**    Mercer's Amended Rule 45 Request for Reimbursement of Attorney's Fees, March 23, 2009 [333], is denied.

**11:11 a.m. Court in recess.**          Hearing concluded.  Total time: 14 min.