IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 04-cv-02686-WDM-CBS

WAYNE TOMLINSON,
ALICE BATTESTEROS, and
GARY MUCKELROY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EL PASO CORPORATION, and
EL PASO PENSION PLAN,

    Defendants.

## ORDER

This matter is before me on Defendants' Motion to Bifurcate Attorney's Fees Process and for an Extension of Time to File Motion for Attorney's Fees (ECF No. 394) which Plaintiffs oppose. Defendants' motion is commonsensical and their request for an extension of time is reasonable. However, as Plaintiffs point out, the amount of the fee claim may affect the determination of fee entitlement. Accordingly, it is ordered that Defendants' motion (ECF No. 394) is granted upon the condition that their motion include a good faith estimate of the dollar amount of their claim. Defendants may file

their motion for attorney fee entitlement on or before August 27, 2010, and Plaintiffs may respond pursuant to the local rules of this court.

DATED at Denver, Colorado, on August 25, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge